IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

ANDREW SCOTT LOUDERMILK,
ADC #161478                                                                                      PLAINTIFF

V.                              CASE NO. 3:19-CV-103-KGB-BD

CRAIGHEAD COUNTY
DETENTION CENTER                                                                      DEFENDANT

## RECOMMENDED DISPOSITION

**I.     Procedure for Filing Objections**

This Recommended Disposition (Recommendation) has been sent to Judge Kristine G. Baker. Mr. Loudermilk may file written objections with the Clerk of Court if he disagrees with the findings or conclusions in this Recommendation. To be considered, objections must be filed within 14 days. Objections should be specific and should include the factual or legal basis for the objection.

If Mr. Loudermilk does not file objections, he risks waiving the right to appeal questions of fact. And, if no objections are filed, Judge Baker can adopt this Recommendation without independently reviewing the record.

**II.    Discussion**

Mr. Loudermilk, an inmate at the Craighead County Detention Center (Detention Center), filed this case without the help of a lawyer under 42 U.S.C. § 1983. He is proceeding *in forma pauperis*. (Docket entries #1, #2, #3)

Mr. Loudermilk's complaint did not include enough information for the Court to determine whether he could state federal claims for relief. (#2) First, he named the

Detention Center as the only Defendant, and that is not an entity subject to suit in cases brought under 42 U.S.C. § 1983. (#2) He was ordered to file an amended complaint within 30 days of April 18, 2019, to name the individuals who allegedly violated his rights and to explain how each violated his right to be confined under constitutionally adequate conditions. (#5)

To date, Mr. Loudermilk has not responded to the April 18 Order. As written, his complaint does not state a federal claim for relief. The Court specifically cautioned Mr. Loudermilk that his claims could be dismissed if he failed to amend his complaint, as ordered. (#5)

### III. Conclusion

The Court recommends that Mr. Loudermilk's claims be DISMISSED, without prejudice, based on his failure to comply with the Court's April 18, 2019 Order to amend his complaint.

DATED this 20th day of May, 2019.

_____
UNITED STATES MAGISTRATE JUDGE