IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

ANDREW SCOTT LOUDERMILK                                                    PLAINTIFF
ADC #161478

v.                          Case No. 3:19-cv-00103-KGB-BD

CRAIGHEAD COUNTY
DETENTION CENTER                                                           DEFENDANT

## ORDER

The Court has reviewed the Recommended Disposition submitted by United States Magistrate Judge Beth Deere (Dkt. No. 6). No objections have been filed, and the time to file objections has passed. After careful consideration, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects (*Id.*). The Court therefore dismisses without prejudice plaintiff Andrew Scott Loudermilk's complaint based on his failure to comply with Judge Deere's April 18, 2019, Order to amend his complaint (Dkt. No. 5).

It is so ordered this 19th day of December, 2019.

                                                    Kristine G. Baker
                                                  United States District Judge