IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

ANDREW SCOTT LOUDERMILK                                                    PLAINTIFF
ADC #161478

v.                    Case No. 3:19-cv-00103-KGB-BD

CRAIGHEAD COUNTY
DETENTION CENTER                                                           DEFENDANT

## JUDGMENT

Pursuant to the Order entered on this date, it is considered, ordered, and adjudged that plaintiff Andrew Scott Loudermilk's complaint is dismissed without prejudice.

It is so adjudged this 19th day of December, 2019.

_____
Kristine G. Baker
United States District Judge